**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RODDERICK PEREZ GONZALEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-3217** |
| | : | |
| **DETECTIVE RYAN KELLY, RYAN MORSE, CORY CLIFFORD, KURT E. MONTZ, CORPORAL DUTCH, CORPORAL WEBER, DETECTIVE ZIMMERMAN, DETECTIVE MILLER, DETECTIVE DAMINGER, DETECTIVE KLINE** | : | |

# ORDER

**AND NOW**, this 29th day of October 2026, upon considering Defendants' Motion to dismiss (ECF 17), noting Plaintiff did not file an opposition, for the reasons detailed in today's accompanying Memorandum, and for good cause, it is **ORDERED** we **GRANT** Defendants' Motion to Dismiss (ECF 17) requiring we:

1. **Dismiss** the Complaint (ECF 3) without prejudice to Plaintiff seeking his requested civil rights relief only after a court vacates his conviction; and,

2. **Direct** the Clerk of Court **close** this Action.

KEARNEY, J.